IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:21-CR-80-D-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | **ORDER TO SEAL SENTENCING MEMORANDUM, MOTION FOR DOWNWARD DEPARTURE OR VARIANCE (UNDER SEAL)** |
| JASMINE SHYANN FREDERICK, | ) | |

For good cause shown, the Defendant's *Motion to Seal Sentencing Memorandum, Motion for Downward Departure or Variance* is allowed and the Clerk is directed to seal this *order*, and *Motion to Seal the Sentencing Memorandum, Motion for Downward Departure or Variance* except that the clerk is authorized to provide copies of the Court' ruling on said *motion* to counsel for the Defendant and Government.

SO ORDERED, this the **17** day of June, 2021

JAMES C. DEVER III
United States District Judge