UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jasmine Shyann Frederick**  Docket No. 5:21-CR-80-1D

**Petition for Action on Probation**

COMES NOW Quanda L. Lunsford, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jasmine Shyann Frederick, who, upon an earlier plea of guilty to Mail Fraud, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on June 23, 2021, to 60 months' probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant's grandfather passed away on June 21, 2021. At sentencing, the court ordered Frederick to complete 240 days of Home Confinement. The defendant notified the probation office on July 23, 2021, of his passing and requested permission to attend the funeral on June 28, 2021, once funeral arrangements were made. It is recommended that while on Home Confinement, the defendant shall be allowed to travel to New Brunswick, New Jersey, from July 1, 2021, to July 3, 2021, for her grandfather's funeral. It is also noted that the time the defendant is in travel status for this trip will not be credited towards the 240-day period of Home Confinement.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1.) The defendant shall be allowed to travel to New Brunswick, New Jersey from July 1, 2021, to July 3, 2021. It is also noted that the time the defendant is in travel status for this trip will not be credited towards the 240-day period of Home Confinement.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Julie W. Rosa
Julie W. Rosa
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Quanda L. Lunsford
Quanda L. Lunsford
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8801
Executed On: July 1, 2021

**ORDER OF THE COURT**

Considered and ordered this ____1____ day of ___July___, 2021, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge